JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA AMADO GONZALEZ,<br><br>      Plaintiff,<br><br>  v.<br><br>J.C. PENNEY CORPORATION, INC., and DOES 1 to 100<br><br>      Defendant. | Case No. 5:17-cv-2053 DSF (KKx)<br><br>ORDER GRANTING REMAND BACK TO SAN BERNARDINO COUNTY SUPERIOR COURT |

Good cause appearing, IT IS ORDERED THAT:

1. This Action immediately be remanded to the San Bernardino Superior Court;

2. Each Party shall bear his/her/its own attorneys fees and costs with respect to the removal and subsequent remand of the Action;

3. This Stipulation moots all pending deadlines and hearings in this case and all hearings and deadlines shall be taken off this Court's calendar.

DATED: December 6, 2017

*Dale S. Fischer*

PRESIDING JUDGE DALE S. FISCHER
UNITED STATES DISTRICT COURT

4829-2378-3768.1